

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-14-00075-CV

**AAA FREE MOVE MINISTORAGE L.L.C**.,
Appellant

v.

**LATIGO PROPERTIES, INC.** and The Brigham Living Trust,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18988
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant has responded to our show cause order with adequate proof that the motion for reconsideration was mailed on December 18, 2013 by first class United States mail. Therefore, the notice of appeal was timely filed and we have jurisdiction. TEX. R. CIV. P. 5; TEX. R. APP. P. 25.1(a), 26.1(a)(1). This appeal is retained on the court's docket.

Appellant has further provided proof that payment arrangements have been made with the court reporter responsible for preparing and filing the reporter's record. Accordingly, it is ORDERED that the reporter's record is due *thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court